AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Bataillon, Joseph F | 2. Court or Organization<br><br>Nebraska | 3. Date of Report<br><br>05/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Art. III District Judge Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>3259 Roman Hruska Courthouse<br>111 South 18th Plaza, Ste 3259<br>Omaha, NE 68102-3122 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   House of Delegates Member | Nebraska State Bar Association |
| 2.   Advisory Committee | Creighton University School of Law |
| 3.   Board of Directors | Federal Judges Association |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 15 P 12: 58 FINANCIAL DISCLOSURE

| Name of Person Reporting | Date of Report |
|---|---|
| Bataillon, Joseph F | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | University of Nebraska Medical Center, salary |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Judges Association | Travel and lodging expenses for the Board of Directors meeting, Washington, DC May 2006 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bataillon, Joseph F | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Nelnet Loan | College Plus Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bataillon, Joseph F | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USBank Accounts | A | Interest | J | T | | | | | |
| 2. Bank of the West Accounts | A | Interest | J | T | opened accts | 02-01 | J | | |
| 3. Commercial Federal Bank Accounts | A | Interest | J | T | closed accts | 02-01 | J | | |
| 4. Security National Bank Accounts | A | Interest | J | T | | | | | |
| 5. Citibank NA | A | Interest | J | T | | | | | |
| 6. Smith Barney Money Funds Cash Port Class A | A | Int./Div. | J | T | opended acct | 010-0 | J | | |
| 7. Berkshire Hathaway Class B | | None | K | T | | | | | |
| 8. Diageo PLC Sponsored ADR New | A | Dividend | J | T | | | | | |
| 9. First Energy Corp. stock | A | Dividend | J | T | | | | | |
| 10. Newmont Mining Corp. stock | A | Dividend | J | T | | | | | |
| 11. Merrill Lynch Trust V 7.28 Cum pref stock | A | Interest | J | T | | | | | |
| 12. Smith Barney Appreciation Fund | A | Dividend | J | T | Renamed | 04-01 | J | | |
| 13. Legg Mason Partners Appreciation Fund Class A | A | Dividend | J | T | New Name #12 | 04-01 | J | | |
| 14. USAA Ins. Account | A | Distribution | J | T | | | | | |
| 15. Intel Corp stock | A | Dividend | J | T | | | | | |
| 16. Level 3 Communications Inc. stock | | None | J | T | | | | | |
| 17. Valmont Industries Inc | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bataillon, Joseph F | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Toyota Mortor Corp | A | Dividend | J | T | | | | | |
| 19. Abbott Laboratories stock | A | Dividend | J | T | sell | 11-22 | J | A | |
| 20. Walt Disney Co. stock | A | Dividend | J | T | | | | | |
| 21. Smith Barney Growth & Income Fund Class A | A | Dividend | J | T | Renamed | 04-01 | J | | |
| 22. Legg Mason Growth & Income Fund Class A | A | Dividend | J | T | New Name #21 | 04-01 | J | | |
| 23. Amgen | | None | J | T | | | | | |
| 24. Cisco Systems Inc | | None | J | T | | | | | |
| 25. Bank of America Corp, stock | A | Dividend | J | T | | | | | |
| 26. Capital World Growth & Income Fund Class C | A | Dividend | K | T | | | | | |
| 27. Delaware Emerging Markets Fund C | A | Dividend | J | T | | | | | |
| 28. Fidelity Advisor New Insights Fund CL C | A | Dividend | J | T | | | | | |
| 29. Smith Barney MDA3 Managed IRA | A | Dividend | M | T | Renamed | 04-01 | M | | |
| 30. Legg Mason MDA3 Managed IRA | A | Int./Div. | M | T | New Name #29 | 04-01 | M | | |
| 31. Western Union Company | A | Dividend | J | T | buy | 11-22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII.
Item lines 2 & 3, Commercial Federal Bank was purchased by Bank of the West. There was no gain or loss, simply a transfer of assests.
Items lines 12,13,21,29,&30, Smith Barney became associated with Legg Mason effective April 1. These account designations were all changed to reflect the new association. No gains were realized.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bataillon, Joseph F | 05/14/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

Date  5/14/07

NOTE:                                                                          FIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND C                                          app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Batchelder, Alice M | 2. Court or Organization<br><br>6th Cir. Ct. of Appeals | 3. Date of Report<br><br>05/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>▇▇▇▇▇▇ | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   member | National Conference of Bar Examiners -- Const'l Law Drafting Committee |
| 2.   member | Intellectual Property Law & Technology Advisory Council of the University of Akron School of Law |
| 3.   member | Cleveland Chapter Bd. Of Advisors -- Federalist Society |
| 4.   member | Board of Trustees -- Grove City College |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 15 P 3: 18 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 4/27-27 | National Conference of Bar Examiners | $ $3,000 |
| 2. 10/05-07 | National Conference of Bar Examiners | $ $3,000 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/1-12/31 | OPERS -- pension |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Liberty Fund, Inc. | 3/09 - 3/12, LaJolla, CA, transportation, lodging and food |
| 2. | National Conference of Bar Examiners | 4/27-29 Austin, TX, transportation, lodging and food |
| 3. | George Mason Univ. Foundation, Inc. | 6/8-11 Monterey, CA , transportation, lodging and food |
| 4. | Liberty Univ. School of Law | 9/22-23 Lynchburg, VA, transportation, lodging and food |
| 5. | National Conference of Bar Examiners | 10/5-7 Chicago, IL, transportation, lodging and food |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Old Phoenix Nat'l Bank | unsecured note | L |
| 2. | Old Phoenix Nat'l Bank | Mtge/Note on Property # 12 | K |
| 3. | Old Phoenix Nat'l Bank | Mtge/Note on Property # 17 | L |
| 4. | C. T. Bennett, Plymouth, NC | Mtge/Note on Property # 11 | J |
| 5. | Old Phoenix Nat'l Bank | Mtge/Note on Property # 19 | L |
| 6. | Old Phoenix Nat'l Bank | Mtge/Note on Property # 1 | L |
| 7. | Old Phoenix Nat'l Bank | Mtge/Note on Property # 5 | K |
| 8. | Old Phoenix Nat'l Bank | Mtge/Note on Property # 21 | K |
| 9. | First Nat'l Bank of Wyoming | Mtge/Note on Property # 23 | L |
| 10. | Farmers Savings Bank | Mtge/Note on Property # 9 | L |
| 11. | Old Phoenix Nat'l Bank | Mtge/Note on Property # 6 | J |
| 12. | Matthew Akers | Mtg/Note on Property #20 | K |
| 13. | Old Phoenix Nat'l Bank | Mtg/Note on Property #8 | L |
| 14. | Old Phoenix Nat'l Bank | Mtge/Note on Property #14 | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 2. Brokerage Account # 1 -- IRA account | B | Dividend | K | T | | | | | |
| 2. IRA asset: Cap. World Growth & Income Fund | | | | | sell | 12/28 | K | A | |
| 3. IRA asset: Growth Fund of America | | | | | sell | 12/28 | J | A | |
| 4. IRA asset: Centennial Money Market | | | | | none | | | | |
| 5. IRA asset: Chevron Texaco stock | | | | | sell | 12/28 | J | A | |
| 6. IRA asset: Procter & Gamble stock | | | | | sell | 12/28 | J | A | |
| 7. IRA asset: ISHARES TR 13 yr Treas Index Fd | | | | | buy | 12/29 | J | | |
| 8. IRA asset: ISHARES S&P Midcap 400 Value Index Fund | | | | | buy | 12/29 | J | | |
| 9. IRA asset: ISHARES S&P Midcap 400 Growth Index Fund | | | | | buy | 12/29 | J | | |
| 10. IRA asset: ISHARES TRUST MSCI EAFE Index Fund | | | | | buy | 12/29 | J | | |
| 11. IRA asset: ISHARES IBOXX Investment Grade Corp Bond Fund | | | | | buy | 12/29 | J | | |
| 12. IRA asset: ISHARES S&P 500 Value Index Fund | | | | | buy | 12/29 | K | | |
| 13. IRA asset: ISHARES S&P 500 Growth Index Fund | | | | | buy | 12/29 | K | | |
| 14. 3. Brokerage Account # 2 -- IRA Account | B | Dividend | K | T | | | | | |
| 15. IRA asset: Centennial Money Market | | | | | none | | | | |
| 16. IRA asset: BRE Properties Inc. Class A Stock | | | | | sell | 12/28 | J | A | |
| 17. IRA asset: Velocity HIS Inc. NT | | | | | sell | 12/28 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA asset: Bristol-Myers Squibb stock | | | | | sell | 8/18 | J | A | |
| 19. IRA asset: Pfizer, Inc. stock | | | | | sell | 12/28 | J | A | |
| 20. IRA asset: Wal-Mart Stores, Inc. stock | | | | | sell | 12/28 | J | A | |
| 21. IRA asset: Zimmer Holdings, Inc. | | | | | sell | 12/28 | J | A | |
| 22. IRA asset: Washington Mutual Inv. Fund | | | | | sell | 12/28 | J | A | |
| 23. IRA asset: ISHARES S&P Midcap 400 Value Index Fund | | | | | buy | 12/29 | J | | |
| 24. IRA asset: ISHARES S&P Midcap 400 Growth Index Fund | | | | | buy | 12/29 | J | | |
| 25. IRA asset: ISHARES TRUST MSCI IAFE Index Fund | | | | | buy | 12/29 | J | | |
| 26. IRA asset: ISHARES BOXX Investment Grade Corp. Bond Fund | | | | | buy | 12/29 | J | | |
| 27. IRA asset: ISHARES TR 13 yr Treas Index Fund | | | | | buy | 12/29 | J | | |
| 28. IRA asset: ISHARES S&P 500 Value Index Fund | | | | | buy | 12/29 | K | | |
| 29. IRA asset: ISHARES S&P 500 Growth Index Fund | | | | | buy | 12/29 | K | | |
| 30. 4. Brokerage Account # 3 -- SEP IRA Account | A | Dividend | K | T | | | | | |
| 31. IRA asset: Centennial Money Market | | | | | none | | | | |
| 32. IRA asset: U.S. Treas. Sec. str. Int. mat. 2/08 | | | | | sell | 12/28 | J | A | |
| 33. IRA asset: RPM, Inc. stock | | | | | none | | | | |
| 34. IRA asset: J.M. Smucker Co. class A stock | | | | | none | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  IRA asset: Washington Mutual Inv. Fund | | | | | sell | 12/28 | J | A | |
| 36.  IRA asset: FANNIE MAE | | | | | sell | 12/28 | J | A | |
| 37.  IRA asset: ISHARES S&P Midcap 400 Value Index Fund | | | | | buy | 12/29 | J | | |
| 38.  IRA asset: ISHARES S&P Midcap 400 Growth Index Fund | | | | | buy | 12/29 | J | | |
| 39.  IRA asset: ISHARES TRUST MSCI EAFE Index Fund | | | | | buy | 12/29 | J | | |
| 40.  IRA asset: ISHARES BOXX Investment Grade Corp. Bond Fund | | | | | buy | 12/29 | J | | |
| 41.  IRA asset: ISHARES TR I3 yr Treas Index Fd | | | | | buy | 12/29 | J | | |
| 42.  IRA asset: ISHARES S&P 500 Value Index Fund | | | | | buy | 12/29 | J | | |
| 43.  IRA asset: ISHARES S&P 500 Growth Index Fund | | | | | buy | 12/29 | J | | |
| 44.  5. Brokerage Account # 4 -- | A | Dividend | K | T | | | | | |
| 45.  Account asset: Centennial Money Mkt | A | Dividend | J | T | | | | | |
| 46.  Account asset: Dell Computer Stock | A | Dividend | J | T | sell | 8/18 | J | A | |
| 47.  Account asset: Pfizer, Inc. stock | A | Dividend | J | T | sell | 12/28 | J | A | |
| 48.  Account asset: General Electric stock | A | Dividend | J | T | sell | 12/28 | J | A | |
| 49.  Account asset: Intel stock | A | Dividend | J | T | sell | 12/28 | J | A | |
| 50.  Account asset: ISHARES S&P Midcap 400 Value Index Fund | | | | | buy | 12/29 | J | | |
| 51.  Account asset: ISHARES S&P Midcap 400 | | | | | buy | 12/29 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | Growth Index Fd | | | | | | | | |
| 52. | Account asset: ISHARES TRUST MSCI EAFE Index Fd | | | | buy | 12/29 | J | | |
| 53. | Account asset: ISHARES BOXX Investment Grade Corp. Bond Fun | | | | buy | 12/29 | J | | |
| 54. | Account asset: ISHARES TR 13 yr Treas Index Fd | | | | buy | 12/29 | J | | |
| 55. | Account asset: ISHARES S&P 500 Value Index Fund | | | | buy | 12/29 | J | | |
| 56. | Account asset: ISHARES S&P 500 Growth Index Fund | | | | buy | 12/29 | J | | |
| 57. | REAL ESTATE | | | | | | | | |
| 58. | Prop. # 1 -███- Medina Ohio | D | Rent | M | Q | | | | |
| 59. | Prop. # 2 --███- Medina, Ohio (1/3 interest) | B | Rent | K | Q | | | | |
| 60. | Prop. # 3 --███-- Medina, Ohio (1/3 interest) | B | Rent | K | Q | | | | |
| 61. | Prop. # 4 -███- Medina, Ohio (1/2 interest) | D | Rent | M | Q | | | | |
| 62. | Prop. # 5 --███- Medina, Ohio (1/2 interest) | D | Rent | L | Q | | | | |
| 63. | Prop. # 6 -███. Houses -- Medina, OH (1/2 int) | D | Rent | L | Q | | | | |
| 64. | Prop. # 7 --███-- Medina, Ohio (1/3 interest) | E | Rent | M | Q | | | | |
| 65. | Prop. # 8 --███-- Medina OH | D | Rent | M | Q | | | | |
| 66. | Prop. # 9 -- Farm -- Lodi, OH | C | Rent | O | Q | | | | |
| 67. | Prop. # 10 -- hog feeder, Lodi, OH (1/5 int) | | None | J | W | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68. Prop. # 11 -- ▮▮▮▮ -- Medina OH | D | Rent | M | Q | | | | | |
| 69. Prop. # 12 -- ▮▮▮▮ -- Medina, OH (1/2 interest) | C | Rent | K | Q | | | | | |
| 70. Prop. # 13 -- Commercial bldg -- Medina OH (1/3 interest) | E | Rent | M | Q | | | | | |
| 71. Prop. # 14 -- ▮▮▮▮ -- Medina, OH (see n. 1 Sec. VIII) | D | Rent | M | Q | | | | | |
| 72. Prop. # 15 -- vacant lot -- Medina, OH (1/2 interest) | | None | K | Q | | | | | |
| 73. Prop. # 16 -- ▮▮▮▮ vacant land -- Medina OH | | None | M | Q | | | | | |
| 74. Prop. # 17 -- ▮▮▮▮ -- Medina, OH | D | Rent | M | Q | | | | | |
| 75. Prop. # 18 -- ▮▮▮▮ -- Medina OH (1/2 interest) | C | Rent | K | W | | | | | |
| 76. Prop. # 19 -- commercial bldg -- Medina OH | D | Rent | M | Q | | | | | |
| 77. Prop. # 20 -- Comm. Bldg ▮▮▮▮ -- Medina OH | D | Rent | M | Q | | | | | |
| 78. Prop. # 21 -- ▮▮▮▮ -- Medina OH (1/2 interest) | C | Rent | K | Q | | | | | |
| 79. Prop. # 22 -- ▮▮▮▮ -- Springfield OH | D | Rent | L | W | sell | 2/5 | L | A | Mark Tyler, Jr. |
| 80. Prop. # 23 -- ▮▮▮▮ vacant land -- Big Horn County, WY | A | Rent | M | W | | | | | |
| 81. MISCELLANEOUS | | | | | | | | | |
| 82. Floating Rate Demand Note -- GE Interest Plus | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Batchelder, Alice M | 05/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1:  Re: assets in Sec. VII whose value method is reported as "Q":  I have again used the Medina County Auditor's most recent appraisal figures.  I am unable to provide the date of the appraisal in any of these cases because it was not provided to me.  The appraisals were done for the 2004 real estate tax valuations, are outrageously high, and are the valuations used to calculate our real estate taxes.

Note 2:  Sec. VII, Line 51:  For reasons known only to your programmers, the spectacularly wonderful new software will not permit the printing of two lines in the first box of line 51, but instead carries the information over to the next page.  That account asset is the S&P Midcap 400 Growth Index Fund.  The program is perfectly satisfied to permit all of this information to appear in one box on lines 9, 24 and 38.  Don't look at me -- I tried everything to make it appear correctly.

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M | 05/14/2007 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date_____

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544